## **EXHIBITS**

Exhibits related to the Overall Facts of the Investigation

1. Spreadsheet summarizing the 101 fraudulently-opened U.S. CMRA mail boxes identified in this investigation.
2. Photographs from the 23 various counterfeit driver's license used to open the U.S. CMRA mail boxes and lists of corresponding mail boxes they were used to open.
3. List of victims and credit card accounts identified to date in this investigation, last updated 2/5/2008.
4. Link analysis of activity summarized in this report, dated 2/13/2008.

Exhibits related to Syspac Financial Services and ChoicePoint

5. State of Delaware Certificate of Incorporation for Syspac Financial Services, dated 3/24/2004.
6. State of Delaware Combined Registration Application for State of Delaware Business License for Syspac Financial Services, dated 4/19/2004.
7. Memorandum of Interview of Jack Moran, identity theft victim.
8. Three-page fax from "Donald Douglas" to ChoicePoint, dated 6/14/2004, containing two copies of a Delaware business license for Syspac Financial Services and a Subscriber Application and Service Agreement for Access to Public Record Data. *Rule 6E Material*
9. Two-page fax from "Donald Douglas" to ChoicePoint, dated 6/16/2006, requesting a change in Syspac Financial Services billing address. *Rule 6E Material*
10. Anonymous email from lola_solo@yahoo.com describing an identity theft/credit card fraud scheme perpetrated by Nigerians in Toronto, Ontario, along with four attachments listing services, fictitious business names, and mail boxes the suspect's utilized, as well as victim financial institutions.
11. FedEx waybill number 857397023172, dated 6/12/2006, which contained the application and payment for the mail box at 2803B Philadelphia Pike, #145, Claymont, DE, 19703.
12. PS Form 1583, Application for Delivery of Mail Through Agent, for 2803B Philadelphia Pike, #145, Claymont, DE, 19703, dated 6/12/2006.
13. Termination Addendum for 2803B Philadelphia Pike, #145, Claymont, DE, 19703, dated 6/12/2006.
14. Pennsylvania driver's license number        1062 in the name of Michael Krawcysky.
15. Ebanin, Inc., corporate ID card in the name of Michael Krawcysky.
16. PS Form 1583, Application for Delivery of Mail Through Agent, for 2803B Philadelphia Pike, #145, Claymont, DE, 19703, dated 1/29/2007.
17. FedEx waybill number 858954824424, dated 1/25/1007, which contained the updated application and payment for the mail box at 2803B Philadelphia Pike, #145, Claymont, DE, 19703.
18. Photocopies of 10 letters from ChoicePoint addressed to Syspac Financial Services, Donald Douglas, 2803B Philadelphia Pike, #145, Claymont, DE, 19703.
19. ON CD-ROM.  Electronic recording of voicemail message associated with telephone number 302-336-9722 on 7/25/2007.

20. Transcript of electronic recording of voicemail message associated with telephone number 302-336-9722 on 7/25/2007.
21. Memorandum of Call for 5/16/2007 phone call between "Donald Douglas" and Chris Cwalina of ChoicePoint.
22. Memorandum of Interview of 5/16/2007 interview of the true Donald Douglas, identity theft victim.
23. Memorandum of Interview of Jeff Lewis, owner of Corporations USA.
24. Memorandum of Interview of Dennis Brooks, owner of Professional eAccess Network.
25. Delaware business license for Syspac Financial Services faxed to Dennis Brooks on 6/13/2007.
26. Two-page fax from "Donald Douglas" to Chris Cwalina of ChoicePoint, dated 6/14/2007, containing a copy of a Delaware business license for Syspac Financial Services. *Rule 6E Material*
27. Western Union International Money Order, number 02-744814555 in the amount of $500.00, received by Jeff Lewis of Corporations USA on 6/14/2007.
28. State of Delaware Certificate for Renewal and Revival of Charter for Syspac Financial Services, dated 6/12/2007.
29. Printout of MaxMind GeoIP City query for IP address 74.210.26.90.
30. Memorandum of Call for 6/20/2007 phone call between "Donald Douglas" and Chris Cwalina of ChoicePoint.
31. Copy of first ruse letter from the Delaware Division of Revenue to Syspac Financial Services, dated 6/26/2007.
32. FedEx envelope, tracking number 859020765907, shipped on 7/9/2007 from "Donald Douglas" to the Delaware Division of Revenue.
33. FedEx tracking information for package number 859020765907.
34. Inner envelope addressed to "Dave Smith".
35. State of Delaware Combined Registration Application for State of Delaware Business License for Syspac Financial Services, dated 7/2/2007.
36. Copy of second ruse letter from the Delaware Division of Revenue to Syspac Financial Services, dated 7/27/2007.
37. ON CD-ROM. Electronic recording of voicemail message from Dave Smith to Inspector Hoffman, containing a recording of a voicemail message left by "Donald Douglas" for Dave Smith on 8/8/2007.
38. Transcript of electronic recording of voicemail message from Dave Smith to Inspector Hoffman, containing a recording of a voicemail message left by "Donald Douglas" for Dave Smith on 8/8/2007.
39. ON CD-ROM. Electronic recording of consensual phone call between Dave Smith and "Donald Douglas" on 8/9/2007.
40. Transcript of electronic recording of consensual phone call between Dave Smith and "Donald Douglas" on 8/9/2007.
41. RCMP Form 2540, Fingerprint Search Request, report number 08-00128-02.
42. Printout of MaxMind GeoIP City query for IP addresses associated with the ChoicePoint queries.
43. ON CD-ROM. ChoicePoint search logs for the Syspac Financial Services account, number 186038. *Rule 6E Material*

44. ON CD-ROM. List of individuals identified by ChoicePoint as having their personal information queried by the Syspac Financial Services account. *Rule 6E Material*

Exhibits Related to Syspac Financial Services and LexisNexis

45. Nine-page fax from Syspac Financial, Inc. to LexisNexis, dated 10/27/2005, containing a copy of Syspac's Delaware business license and an application for the Accurint service. *Rule 6E Material*
46. ON CD-ROM. Electronic recording of customer service call between "Donald Douglas" and LexisNexis customer service, dated 6/11/2007. *Rule 6E Material*
47. Transcript of electronic recording of customer service call between "Donald Douglas" and LexisNexis customer service, dated 6/11/2007.
48. Photograph of FedEx Kinko's located at 357 Bay Street, Toronto, Ontario.
49. ON CD-ROM. Accurint search logs for the Syspac Financial Services account, number 1350455. *Rule 6E Material*

Exhibits Related to Commet Consultant and LexisNexis

50. State of Delaware Combined Registration Application for State of Delaware Business License for Commet Consultant Incorporated, dated 6/22/2007.
51. Credit card chargeback notification to the Delaware Division of Revenue for a $225.00 charge to credit card number 3314 on 6/22/2007.
52. LexisNexis Accurint Application and Agreement for Commet Consultant, Inc., dated 8/29/2007 (8 pages). *Rule 6E Material*
53. LexisNexis Accurint for Collections Schedule A supplemental application, dated 8/29/2007 (8 pages) *Rule 6E Material*
54. State of Delaware Certificate of Incorporation for Comment Consultant, Inc., faxed to Lexis Nexis as part of the Accurint application on August 30, 2007. *Rule 6E Material*
55. State of Delaware Business License for Comment Consultant, Inc., faxed to Lexis Nexis as part of the Accurint application on August 30, 2007. *Rule 6E Material*
56. Search result for State of Delaware corporate registration status for Commet Consultant.
57. Application for Registered Agent services for Spiegel and Utrera from Comment Consultant, Inc. *Rule 6E Material*
58. State of Delaware Certificate of Incorporation for Comment Consultant, Inc., provided by Spiegel and Utrera, dated 6/15/2007. *Rule 6E Material*
59. Spiegel and Utrera mail forwarding invoice and credit card charge slip for Comment Consultant, dated 8/1/2007 (3 pages). *Rule 6E Material*
60. Spiegel and Utrera mail forwarding invoice for Comment Consultant, dated 8/27/2007 (3 pages). *Rule 6E Material*
61. ON CD-ROM. Accurint search log for the Comment Consultant, account number 1429510. *Rule 6E Material*
62. ON CD-ROM. Electronic recording of customer service call between an anonymous female and LexisNexis customer service, dated 11/2/2007. *Rule 6E Material*
63. Transcript of customer service call between an anonymous female and LexisNexis customer service, dated 11/2/2007.

64. Anonymous email from bolasoqi@gmail.com describing an identity theft/credit card fraud scheme perpetrated by Nigerians in Toronto, Ontario, along information listing services, fictitious business names, and a mail box the suspect's utilized, as well as victim financial institutions (2 pages). *Rule 6E Material*
65. Memorandum of Interview of Craig Kobrin, identity theft victim.

Exhibits related to U.S. Bank credit card in the name of Ervin Hinds, card number _____3314

66. List of transactions incurred on U.S. Bank credit card number _____3314, in the name of Ervin Hinds.
67. ON CD-ROM. Electronic recording of customer service call between Ervin Hinds and U.S. Bank customer service, dated 6/27/2007.
68. Transcript of customer service call between Ervin Hinds and U.S. Bank customer service, dated 6/27/2007.
69. ON CD-ROM. Electronic recording of customer service call between "Ervin Hinds" and U.S. Bank customer service, dated 6/28/2007.
70. Transcript of customer service call between "Ervin Hinds" and U.S. Bank customer service, dated 6/28/2007.
71. PS Form 1583, Application for Delivery of Mail Through Agent, for 7600 Schomburg Rd., #166, Columbus, GA, 31909, dated 3/26/2007.
72. Florida driver's license, number _____5-28-1, in the name of Ervin Hinds.
73. Randox, Inc. corporate ID card in the name of Ervin Hinds.
74. Search results for Florida notaries named "James Anderson", dated 2/13/2008.
75. Photograph of Envoy Business Services located at 2112 Danforth Avenue, Toronto, Ontario.
76. Memorandum of Interview of Ervin Hinds, identity theft victim.

Exhibits related to J2 Global Communications and Yahoo email address bbmacod@yahoo.com

77. XO Communications subscriber information for telephone number 302-336-9722. *Rule 6E Material*
78. List of service telephone numbers associated with J2 Global Communications account number 31785123, in the name of Craig Lemaster. *Rule 6E Material*
79. Yahoo! subscriber information for email address bbmacod@yahoo.com. *Rule 6E Material*
80. Yahoo! login log for account bbmacod@yahoo.com. *Rule 6E Material*
81. Printout of MaxMind GeoIP City query for IP addresses associated with bbmacod@yahoo.com login sessions.
82. Incoming voicemail/fax log for J2 Global Communications account number 31785123, in the name of Craig Lemaster (9 pages). *Rule 6E Material*
83. Payment history for J2 Global Communications account number 31785123, in the name of Craig Lemaster (3 pages). *Rule 6E Material*

Exhibits related to U.S. Bank credit card in the name of Craig Leymaster, number 4012

84. List of transactions incurred on U.S. Bank credit card number 4012, in the name of Craig Leymaster.
85. PS Form 1583, Application for Delivery of Mail Through Agent, for 81730 Highway 111, #4-56, Indio, CA 92201, dated 2/17/2006.
86. Virginia driver's license, number 7298, in the name of Michael Dawson.
87. Pause Systems, Inc. corporate ID card in the name of Michael Dawson.
88. Canada Post money order number 8114842341, in the amount of $120.00
89. FedEx waybill number 854036351377 for package from Michael Dawson in Toronto, Ontario, to Desert Mail Box Plus in Indio, CA.
90. Photograph of Jimota Convenience, located at 2372 Weston Road, Toronto, Ontario.
91. UPS waybill number 46614315012 for package from Desert Mail Box Plus in Indio, CA to Michael Dawson in Toronto, Ontario.
92. UPS tracking information for package number 46614315012.
93. FedEx waybill number 854033803120 for package from Michael Dawson in Toronto, Ontario, to Desert Mail Box Plus in Indio, CA.
94. Note addressed to "Vicky" from "Michael" with mail forwarding instructions and copy of Western Union money order number 02-744814410 in the amount of $260.00
95. U.S. Bank customer service note for 7/14/2007 transaction authorization for a $445.00 charge to Town Shoes.
96. ON CD-ROM. Electronic recording of customer service call between "Monte Brown" of Town Shoes and U.S. Bank customer service, dated 7/14/2007.
97. Transcript of customer service call between "Monte Brown" and U.S. Bank customer service, dated 7/14/2007.
98. Memorandum of Interview of Craig Leymaster, identity theft victim.

Exhibits related to U.S. Bank credit card account number 0101 in the name of Michael Adkins

99. ON CD-ROM. Electronic recording of customer service call between "Michael Adkins" and U.S. Bank customer service, dated 8/25/2007.
100. Transcript of customer service call between "Michael Adkins" and U.S. Bank customer service, dated 8/25/2007.
101. Memorandum of Interview of Michael Adkins, identity theft victim.

Exhibits related to the mail box located at 14247 7th Street, #158, Dade City, Florida 33523

102. List of items seized from Adenkunle Olufemi ADETILOYE incident to his December 1, 2007, arrest by the Ontario Provincial Police (6 pages).
103. List of transactions incurred on AccountNow debit card number 7363, in the name of Donald Douglas. *Rule 6E Material*
104. PS Form 1583, Application for Delivery of Mail Through Agent, for 14247 7th Street, #158, Dade City, FL 33523, dated 8/22/2007.

105. Michigan driver's license, number unreadable, and Randox, Inc. corporate ID card, both in the name of Michael Adkins.
106. Copy of note written by Goin' Postal employees regarding mail forwarding instructions from "Mike Adkins" for 11/12/2007 shipment.
107. Copy of note written by Goin' Postal employees regarding mail forwarding instructions from "Mike Adkins" for 11/20/2007 shipment.
108. UPS tracking information for package 1Z0EA7976642351965, mailed from Dade City, FL, to Toronto, Ontario, on 11/20/2007.
109. Memorandum of Interview of 12/6/2007 interview of the true Donald Douglas, identity theft victim.

Exhibits related to U.S. Bank credit card account number           5635 in the name of Albert Robinson

110. UPS tracking information for package 1Z9758AF0154596784, mailed from Fargo, ND, to Lakewood, CO, on 2/6/2007.
111. List of transactions incurred on U.S. Bank credit card number 5635, in the name of Albert Robinson.
112. UPS Form 1583, Application for Delivery of Mail Through Agent, for 2000 Wadsworth Blvd., #107, Lakewood, CO, 80214, dated 1/17/2007.
113. Florida driver's license, number R521-638-311-01-1, in the name of Albert Robinson.
114. Florida Public Utilities bill, dated 1/12/2007, in the name of Albert Robinson.
115. ON CD-ROM. Electronic recording of customer service call between "Albert Robinson" and U.S. Bank customer service, dated between 3/27 and 4/3/2007.
116. Transcript of customer service call between "Albert Robinson" and U.S. Bank customer service, dated 4/8/2007.
117. ON CD-ROM. Electronic recording of customer service call between "Albert Robinson" and U.S. Bank customer service, dated between 3/27 and 4/3/2007.
118. Transcript of customer service call between "Albert Robinson" and U.S. Bank customer service, dated 4/8/2007.
119. Photograph of Envoy Business Services located at 6575 Meadowvale Town Center Circle, Apt. 9-179, Mississauga, Ontario.
120. UPS shipping label, number 1ZV843F56651619888, from Denver, CO, to Toronto, Ontario, dated 2/7/2007.
121. UPS tracking information for package number 1ZV843F56651619888.
122. Memorandum of Interview of Albert Robinson, identity theft victim.

Exhibits related to U.S. Bank credit card account number           6372 in the name of Richard Wilson

123. List of transactions incurred on U.S. Bank credit card number 6372, in the name of Richard Wilson.
124. PS Form 1583, Application for Delivery of Mail Through Agent, for 364 E Main St., Apt. 199, Middletown, DE 19709, dated 1/18/2007.

125.  Florida driver's license, number ˙          ˙2-14-0, in the name of Richard Wilson.
126.  Time Warner Cable bill, dated 1/24/2007, in the name of Richard Wilson.
127.  Memorandum of Interview of Richard Willson, identity theft victim.

Exhibits related to additional case information

128.  ON CD-ROM. Electronic recording of customer service call between "Robert Agard" and U.S. Bank customer service, dated 12/4/2007.
129.  Transcript of customer service call between "Robert Agard" and U.S. Bank customer service, dated 12/4/2007.
130.  ON CD-ROM. Electronic recording of customer service call between "Todd Elzerson" and U.S. Bank customer service, dated 1/26/2008.
131.  Transcript of customer service call between "Todd Elzerson" and U.S. Bank customer service, dated 1/26/2008.
132.  ON CD-ROM. Electronic recording of customer service call between "Conrad Balcer" and U.S. Bank customer service, dated 2/2/2008.
133.  Transcript of customer service call between "Conrad Balcer" and U.S. Bank customer service, dated 2/2/2008.
134.  ON CD-ROM. Electronic recording of customer service call between "Virginia Stone" and U.S. Bank customer service, dated 12/16/2007.
135.  Transcript of customer service call between "Virginia Stone" and U.S. Bank customer service, dated 12/16/2007.

136. Report of USPIS Forensic Document Examiner Debra Campbell, dated February 21, 2008.
137. U.S. Bank customer service notes for account number 3314, in the name of Ervin Hinds.
138. Account statements and transaction ledgers for U.S. Bank credit card account number 3314, in the name of Ervin Hinds.
139. U.S. Bank customer service notes for account number 4012, in the name of Craig Leymaster.
140. Account statements and transaction ledgers for U.S. Bank credit card account number 4012, in the name of Craig Leymaster.
141. U.S. Bank customer service notes for account number 0101, in the name of Michael Adkins.
142. U.S. Bank customer service notes for account number 5635, in the name of Albert Robinson.
143. Account statements and transaction ledgers for U.S. Bank credit card account number 5635, in the name of Albert Robinson.
144. Account statements and transaction ledgers for U.S. Bank credit card account number 7659, in the name of Richard Wilson. *Rule 6E Material*
145. AccountNow customer service notes for account number 7363, in the name of Donald Douglas. *Rule 6E Material*
146. November 2007 account statements for AccountNow debit card account number 7363, in the name of Donald Douglas.
147. USPIS forensic examination request, dated November 7, 2007.
148. USPIS forensic examination request, dated December 26, 2007.
149. Report of USPIS Forensic Latent Print Analyst Mindi Ramage, dated January 11, 2008.
150. USPIS forensic examination request, dated February 7, 2008.

151. Memorandum of Interview of David McDonough.
152. Memorandum of Interview of Wayne Van Kamp.
153. Memorandum of Interview of Jeffrey King.
154. Report of USPIS Senior Forensic Latent Print Analyst Linda Hileman, dated March 17, 2008.