Exhibit A

3/24/2004  Syspac Financial Services incorporated in Delaware by Corporations USA; client name "Donald Douglas" (CORP-6)

4/19/2004  Application made for DE business license for Syspac Financial Services; company officers listed as "Donald Douglas" and "John Moran"

4/26/2004  DE business license issues for Syspac Financial Services

6/14/2004  ChoicePoint receives a service application for Syspac Financial Services

6/17/2004  Date of first ChoicePoint search in Syspac's account

6/23/2004  CMRA mailbox at 6975 Meadowvale Town Centre Circle, #179, Mississauga, ON, opened; key later found in AOA's car (MLAT-1466)

8/9/2004  CMRA mailbox at 4012 S Rainbow Blvd, #K263, Las Vegas, NV, opened in the name of "Charles Anderson"; this is the first known CMRA box opened

1/8/2005  First known Discover account opened (Warren Lindberg); account has a balance transfer to "Destron"

1/18/2005  Adetiloye is fingerprinted by Canadian immigration; the form lists Adetiloye's entry date into Pearson International Airport (PIA) as **January 6, 2005** (USPIS-1231); lists address as "127 Habitant"

1/22/2005
A CMRA mailbox in Cary, NC, is opened in the name of Charles Atkins.  This is the oldest U.S. mailbox where "Photo A" was used.  "Photo A" was faxed to the CMRA in January 2007:  the fax header shows 1/1/2007, and the Bell Canada records for the landline phone at the Simcoe apartment show a call to that CMRA on 1/3/2007.

6/5/2005  Wachovia consumer loan account opened in name of Dr. Vincent Andriole

6/8/2005  Proceeds check for Wachovia Andriole loan mailed to CMRA mailbox at 4012 S Rainbow Blvd, #K263, Las Vegas, NV (WACH-476)

6/24/2005  Bancorp Bank checking account opened in the name of Vincent Andriole; sometime before July 15, 2005, address on account changes to 4012 S Rainbow Blvd, #K263, Las Vegas, NV (BC-65)

6/28/2005  Wachovia Andriole check deposited into Bancorp Andriole account

7/1/2005  Earliest possible date a new Visa debit card for the Bancorp Andriole account could have been issued; based on the card's expiration date, the card was issued in July 2005; based on the account mailing address at the time, the card would have been mailed to 4012 S Rainbow Blvd, #K263, Las Vegas, NV; ATM withdrawals from this account starting in July 2005 were at many of the same ATMs as other cards Adetiloye had in his possession in 2007 (Wang and Hinds - U.S. Bank, Douglas - AccountNow)

7/28/2005  First ATM withdrawal from the Andriole Bancorp account; records are not clear if this withdrawal was with the Mastercard likely issued when the account was opened or the replacement Visa card which ultimately found in AOA's possession; this transaction was at an ATM with a Terminal ID of "3COP," the same terminal where the Wang card was used five times and the Hinds card was used five time (we have photos of AOA using both of these cards).

10/27/2005  LexisNexis receives an application for Accurint service from Syspac Financial Services

| | |
|---|---|
| 10/31/2005 | Accurint account opened for Syspac |
| 11/2/2005 | Date of first Accurint search in Syspac Financial Services account |
| 11/18/2005 | In an Application for Perment Residence, Adetiloye lists his address as 129 Habitant Dr and that he entered Canada in January 2005. |
| 12/14/2005 | CMRA opened in Homewood, AL; the first CMRA opened using the name "Michael Dawson" (same name Danforth CMRA was opened in almost one year later-below) |
| 1/13/2006 | Mailbox at Chapel Hill, NC, CMRA opened in the name of "Michael Dawson"; mailbox later receives mail addressed to "Syspac" |
| 1/13/2006 | Mailbox at Laredo, TX, CMRA opened in the name of "Michael Dawson"; mailbox later receives mail addressed to "Dexton" |
| 1/17/2006 | Mailbox at Lawrence, KS, CMRA opened in the name of "Michael Dawson" |
| 2/17/2006 | Mailbox at Indio, CA, CMRA opened in the name of "Michael Dawson" with an application sent via FedEx from Toronto; package includes a Canadian postal money order; this is the mailbox where the U.S. Bank credit card in the name of Craig Leymaster is later sent to |
| 2/28/2006 | People at Work search performed for the hospital where Ervin Hinds worked |
| 2/28/2006 | People at Work search performed for the hospital where Albert Robinson worked (this is the first of three dates this hospital was searched) |
| 2/28/2006 | Victim Albert Robinson's personal info searched in Syspac's Accurint account |
| 3/1/2006 | Victim Ervin Hinds' personal info searched in Syspac's ChoicePoint account |
| 3/7/2006 | Victim Ervin Hinds' personal info searched in Syspac's Accurint account |
| 4/26/2006 | Mailbox at Scottsdale, AZ, CMRA opened in name of "David Landau"; Adetiloye's fingerprints are later found on the mailbox application |
| 6/12/2006 | Mailbox at Claymount, DE, CMRA opened in name of "Michael Krawcysky"; this is the mailbox later associated to Syspac's ChoicePoint account; Adetiloye's fingerprints are later found on the mailbox application and identification documents |
| 6/13/2006 | Anonymous letter to Canadian immigration re: Adetiloye (MLAT-1424) |
| 6/16/2006 | Fax to ChoicePoint from "Donald Douglas" re: address change to Claymount, DE, CMRA |
| 7/13/2006 | Rachel Emiloa, Adetiloye's mother, signs a declaration stating that her son left Nigeria on **January 5, 2006** (MLAT-1411) |
| 7/24/2006 | Adetiloye signs a declaration stating he fled Nigeria on **January 5, 2005** (MLAT-1421/1422) |
| 8/1/2006 | Business "Dextone Incorporated" is registered in Canada by Adetiloye |
| 8/29/2006 | Victim Donald Douglas' personal info searched in Syspac's Accurint account (not the first time this has happened, also in 2004 and 2005) |
| 9/14/2006 | Adetiloye provides "Dextone Incorporated" as his employe to Canadian immigation; also states he lived in Nigeria until **January 2006** and lived at "129 Habitant Dr" after that point (MLAT-1420) |
| 10/3/2006 | People at Work search performed for the hospital where Craig Leymaster worked |
| 11/23/2006 | Anonymous letter to Canadian immigration re: Adetiloye's involvement in fraud (MLAT-1417) |

11/27/2006 Recorded phone call from "Bikram Johar" to M&I bank in attempt to open checking account; voice match to AOA (earliest recording obtained)

12/1/2006 CMRA mailbox at 2112 Danforth Ave, #319, opened in the name of "Michael Dawson" using "Photo A"; Adetiloye was later arrested at this address

12/3/2006 Note in Canadian immigration file referencing a Toronto Police contact with Adetiloye, listing his address as 140 Simcoe, Unit 1212; cell number is the cell later found on Adetiloye; home phone number is a near match with the Bell Canada landline registered at 140 Simcoe, Unit 1212

12/29/2006 U.S. Bank credit card in the name of Craig Leymaster opened; card used to pay for J2 account