Calculation for Adetiloye Restitution to Individual Victims

| | Victim Name | Account Issuer | Account # Last 4 | Account Opened | Last Account Activity | Account CMRA Tier | Database Search | Name Used to Open CMRA | Date of CMRA Opening | Voice Match | Loss Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | William Evans | Citibank | 3536 | 3/19/2005 | 7/31/2008 | 3 | IP | | | | $ 100.00 | IP search in 2007 |
| 2 | Michael Krawczyk | Discover | 9691 | 2/6/2006 | 2/20/2006 | 3 | CP | Yes (DE) | 6/12/2006 | | $ 600.00 | $100/yr for credit watch service; AOA's fingerprints on CMRA application |
| 3 | Michael Kassur | Fifth Third | 3575 | 5/11/2006 | N/A | None | CP,LN | | | | $ 3,310.00 | |
| 4 | John Podlaski | Fifth Third | 2829 | 5/31/2006 | 6/22/2006 | None | CP | | | | $ 10.00 | |
| 5 | Dennis Postin | Fifth Third | 3628 | 6/16/2006 | N/A | None | CP | | | | $ 105.00 | |
| 6 | Denis Suich | US Bank | App Only | 8/17/2006 | N/A | None | CP | | | | $ 100.00 | |
| 7 | Rudolph Kumapley | US Bank | App Only | 8/17/2006 | N/A | None | CP | | | | $ 100.00 | |
| 8 | Linda Height | US Bank | 4742 | 9/5/2006 | N/A | None | CP | | | | $ 250.00 | |
| 9 | Joseph Ebertz | Chase | 7463 | 9/23/2006 | 10/3/2008 | None | CP | | | | $ 25.00 | |
| 10 | Trent Knanishu | Franklin Templeton | 1909 | 10/1/2006 | 1/22/2007 | None | CP | | | | $ 500.00 | Balance transfer to Syspac account at Wachovia |
| 11 | David Ransom | US Bank | App Only | 10/8/2006 | N/A | None | CP | | | | $ 30.00 | Account opened in name "Ranson" with Ransom's SSN |
| 12 | Barry Hawthorn | Chase | App Only | 11/1/2006 | N/A | None | CP | | | | $ 35.00 | |
| 13 | Edward Kai | BMW Bank | App Only | 11/7/2006 | N/A | None | CP | | | | $ 100.00 | |
| 14 | John Pecorak | Multiple | Multiple | 11/7/2006 | 5/30/2008 | None | CP | | | | $ 300.00 | |
| 15 | John Frobenius | Nordstrom FSB | 9601 | 1/31/2007 | 3/7/2007 | 3 | CP | | | | $ 200.00 | |
| 16 | Walter Davison | Multiple | Multiple | 2/9/2007 | N/A | 2 | CP | Yes (NC) | 2/20/2007 | | $ 250.00 | Includes US Bank card and two merchant accounts |
| 17 | Albert Robinson | US Bank | 5635 | 2/17/2007 | 4/10/2007 | 1 | CP,LN | Yes (CO) | 1/17/2007 | x | $ 10.00 | |
| 18 | Philip G. Pollock | WaMu | 8204 | 2/20/2007 | N/A | None | CP,LN | | | | $ 291.50 | |
| 19 | Howard Fistel | Bank of America | 7665 | 3/22/2007 | 4/18/2007 | 2 | CP,LN | | | | $ 10.00 | |
| 20 | Chia Wang | US Bank | 1301 | 3/29/2007 | 6/7/2007 | 3 | LN | Yes (GA) | 4/5/2007 | x | $ 100.00 | ATM photo of AOA using card |
| 21 | Vera Rose | Multiple | Multiple | 5/16/2007 | 11/26/2007 | None | CP | | | | $ 100.00 | |
| 22 | Joyce Riekena | Multiple | Multiple | 5/23/2007 | 9/20/2007 | None | CP | | | | $ 100.00 | |
| 23 | Daniel Lau | US Bank | App Only | 6/10/2007 | N/A | None | CP | | | | $ 100.00 | |
| 24 | Frank Sanchez | US Bank | 7973 | 6/26/2007 | N/A | None | CP,LN | | | | $ 550.00 | |
| 25 | Annette Sepich | WaMu | 8792 | 8/9/2007 | N/A | None | CP | | | | $ 654.00 | |
| 26 | Joe Bretza | Multiple | Multiple | 8/12/2007 | 11/16/2007 | 2 | IP | | | | $ 450.00 | |
| 27 | Michael Adkins | US Bank | 101 | 8/13/2007 | 8/17/2007 | 1 | None | Yes (FL) | 8/22/2007 | x | $ 250.00 | |
| 28 | Donald Douglas | Multiple | Multiple | 8/15/2007 | 11/24/2008 | 1 | CP,LN,IP | | | x | $ 400.00 | ID used to for Syspac applications; card found in AOA's wallet |
| 29 | Armin Wagman | US Bank | 5274 | 8/31/2007 | 9/14/2007 | 2 | IP | Yes (NC) | 8/22/2007 | | $ 10,000.00 | Lost wages |
| 30 | Jorge Lopez | Multiple | Multiple | 9/7/2007 | 10/9/2007 | 1 | CP,LN | | | | $ 5,000.00 | Name used for two merchant accounts; mail in AOA's possession |
| 31 | Anthony Krausen | Citibank | 5754 | 9/12/2007 | N/A | None | IP | | | | $ 650.00 | |
| 32 | David Jenkins | US Bank | 2163 | 10/2/2007 | 10/11/2007 | 3 | IP | | | | $ 100.00 | Account opened in name "Jenks" with Jenkin's SSN |
| 33 | Denny John | Chase | 3881 | 10/2/2007 | 10/23/2007 | None | CP | | | | $ 400.00 | |

Calculation for Adetiloye Restitution to Individual Victims

| | Victim Name | Account Issuer | Account # Last 4 | Account Opened | Last Account Activity | Account CMRA Tier | Database Search | Name Used to Open CMRA | Date of CMRA Opening | Voice Match | Loss Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Saied Assef | WaMu | 1966 | 12/7/2007 | 2/22/2008 | None | IP | | | | $ 19.00 | |
| 35 | John Sanfelippo | WaMu | 3546 | 1/28/2008 | 2/26/2008 | 3 | IP | | | | $ 5,000.00 | |
| 36 | Timm Missbach | Multiple | Multiple | 2/11/2008 | 12/21/2008 | 3 | IP | Yes (LA) | 4/1/2008 | | $ 25.00 | |
| 37 | John Gray | Citibank | 3644 | 4/30/2008 | 10/29/2008 | 3 | LN,IP | | | | $ 5,000.00 | |
| 38 | Judy Peterson | US Bank | 7610 | 6/9/2008 | 6/18/2008 | None | IP | | | | $ 100.00 | |
| 39 | Michael Klein | Citibank | 2434 | 8/8/2008 | 9/17/2008 | None | IP | | | | $ 2,000.00 | |
| 40 | Geoffrey Hodgson | Citibank | 3442 | 8/26/2008 | 12/3/2008 | None | IP | | | | $ 25.00 | |
| 41 | Michael Jones | Multiple | Multiple | 9/26/2008 | 9/9/2009 | None | LN,IP | | | x | $ 100.00 | |
| 42 | Michael Jones | Multiple | Multiple | 9/26/2008 | 9/9/2009 | None | LN,IP | | | x | $ 150.00 | |
| 43 | Louis Caravella | Multiple | Multiple | 12/15/2008 | 7/10/2009 | None | IP | | | x | $ 14,211.48 | |
| 44 | David Hilliard | PNC | 9498 | 5/18/2009 | 5/26/2009 | None | None | | | x | $ 39.15 | |
| 45 | Regina Rosace | PNC | 1596 | 6/15/2009 | N/A | None | None | | | | $ 100.00 | Common application ANI as other PNC accounts with voice matches |
| 46 | Arvindkumar Shah | PNC | 8525 | 6/22/2009 | N/A | None | None | | | x | $ 3,020.00 | |
| 47 | Gus Bynum | PNC | 7440 | 7/23/2009 | N/A | None | None | | | | $ 50.00 | |

**Total**     **$ 55,020.13**