Calculation for Adetiloye Restitution to Entity Victims

| | Entity | # of Accounts | Opening Date of First Account | Opening Date of First Loss Account | Last Account Activity | # of Loss Accounts | # Loss Accounts with CP/LN/IP Search | # Loss Accounts Related to Tier 1-3 CMRAs | # Loss Accounts with Voice Matches | Total Actual Loss from Included Accounts | Restitution Requested | USA Restitution recommendation | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 19 victim impact statements received in USAO | | | | | | | | | | $ 5,084.00 | | Unidentifiable victims |
| 2 | Account Now | 4 | 8/15/2007 | N/A | 12/13/2007 | 0 | 0 | 0 | 0 | $0.00 | $ 96.00 | $ 96.00 | Fraud research expenses |
| 3 | Bancorp Bank | 2 | 6/4/2005 | 6/4/2005 | 2/28/2007 | 1 | 1 | 1 | 0 | $16.00 | $ 400.00 | $ 400.00 | Includes Andriole card (opened 6/4/2005, but found in AOA's possession) and $400 in fraud research expenses |
| 4 | Bank of America | 9 | 2/19/2007 | 3/22/2007 | 5/17/2007 | 2 | 2 | 2 | 0 | $37,900.00 | $ 37,900.00 | $ 37,900.00 | |
| 5 | BB&T Bank | 1 | 5/8/2006 | 5/8/2006 | 5/19/2006 | 1 | 1 | 1 | 0 | $9,800.00 | | $ 9,800.00 | |
| 6 | BMW Bank | 20 | 10/20/2006 | N/A | 12/1/2006 | 0 | 0 | 0 | 0 | $0.00 | $ 1,156.25 | $ 1,156.25 | Fraud research expenses |
| 7 | Chase | 58 | 10/22/2005 | 11/1/2006 | 2/3/2009 | 13 | 13 | 0 | 0 | $26,488.17 | $ 5,597.08 | $ 5,597.08 | Includes Novak card (opened 10/22/05, but found in AOA's possession) |
| 8 | Chase (Washington Mutual) | 69 | 8/9/2007 | 6/13/2007 | 9/2/2008 | 17 | 12 | 12 | 0 | $87,804.46 | | $ 87,804.46 | |
| 9 | Citigroup | 52 | 5/22/2007 | 5/22/2007 | 7/10/2009 | 37 | 36 | 15 | 0 | $252,302.33 | $ 230,056.70 | $ 230,056.70 | |
| 10 | Discover | 4 | 4/28/2006 | N/A | 7/31/2006 | 0 | 0 | 0 | 0 | $0.00 | $ 247,998.69 | | Most accounts opened prior to 4/26/2006 |
| 11 | Fifth Third Bank | 20 | 5/2/2006 | 5/2/2006 | 7/19/2006 | 9 | 9 | 0 | 0 | $122,700.00 | | $ 122,700.00 | |
| 12 | First National Bank of Omaha | 3 | 8/3/2006 | 8/10/2007 | 10/2/2007 | 1 | 1 | 1 | 0 | $8,966.88 | $ 9,341.88 | $ 9,341.88 | Includes $375 fraud research expenses |
| 13 | FIS ( formerly METAVANTE) | | | | | | | | | | $ 800.00 | $ 800.00 | |
| 14 | Franklin Templeton | 1 | 10/1/2006 | 10/1/2006 | 1/22/2007 | 1 | 1 | 1 | 0 | $4,819.90 | | $ 4,819.90 | |
| 15 | HSBC | 1 | 9/7/2007 | 9/7/2007 | 9/7/2007 | 1 | 1 | 0 | 0 | $13,000.00 | | $ 13,000.00 | |
| 16 | Investigative Professionals | 1 | 6/27/2007 | N/A | 1/11/2009 | 1 | 1 | 0 | 1 | N/A | $ 918.22 | $ 918.22 | Consumer notification expenses |
| 17 | LexisNexis | 3 | 6/14/2004 | N/A | 8/1/2008 | 3 | 3 | 1 | 3 | N/A | $ 163,059.00 | | Consumer notification and legal expenses |
| 18 | Nordstrom FSB | 2 | 12/2/2006 | 12/2/2006 | 3/7/2007 | 2 | 2 | 2 | 0 | $7,066.80 | | $ 7,066.80 | |
| 19 | PNC Bank | 32 | 5/9/2009 | 5/9/2009 | 6/26/2009 | 7 | 4 | 0 | 5 | $60,550.00 | | $ 60,550.00 | |
| 20 | U.S. Bank | 131 | 8/7/2006 | 12/23/2006 | 9/2/2008 | 15 | 10 | 13 | 7 | $89,646.34 | | $ 89,646.34 | |
| 21 | Wachovia | | 6/5/2005 | 6/5/2005 | 6/8/2005 | 1 | 1 | 1 | 0 | $15,000.00 | | | Account opened prior to 4/26/2006 |
| 22 | Wells Fargo | 3 | 8/30/2007 | 8/30/2007 | 7/18/2009 | 1 | 3 | 2 | 0 | $7,274.66 | $ 7,274.66 | $ 7,274.66 | |
| | ENTITY VICTIM TOTAL | | | | | | | | | $743,335.54 | $ 709,682.48 | $ 688,928.29 | |
| | | | | | | | | Individual Victims - from Exhibit A | | | | $ 55,020.13 | |
| | | | | | | | | Grand Total - Individual and Entity Victims | | | | $ 743,948.42 | |

Exhibit B